petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 733. PENNSYLVANIA RAILROAD COMPANY *v.* CLARK T. MCDONALD. February 18, 1924. Petition for a writ of certiorari to the Court of Appeals, Third Appellate District, of the State of Ohio, denied. *Mr. J. H. Goeke* for petitioner. *Mr. D. J. Cable* and *Mr. John L. Cable* for respondent.

---

No. 737. BANK OF ITALY *v.* MERCHANTS NATIONAL BANK. February 18, 1924. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. M. C. Elliott* for petitioner. *Mr. Marion H. Fisher* for respondent.

---

No. 742. A. SCHRADER'S SON, INC. *v.* JAMES MARTIN CORPORATION ET AL. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William A. Redding, Mr. Arthur C. Fraser* and *Mr. Eugene V. Myers* for petitioner. *Mr. Hugh C. Lord* and *Mr. William S. Pritchard* for respondents.

---

No. 743. UNITED STATES EX REL. ADOLPH PALEAIS *v.* JESSE D. MOORE, U. S. MARSHAL, ETC. February 18, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Joseph G. M. Browne* and *Mr. Barnett E. Kopelman* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Ottinger* and *Mr. Harvey B. Cox* for respondent.